THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BNY MELLON SECURITIES CORPORATION, a foreign profit corporation; BANK OF NEW YORK MELLON, a foreign bank corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-01767-RSL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## STIPULATION

Defendants BNY Mellon Securities Corporation and The Bank of New York Mellon, on the one hand, and Plaintiff Shannon Spencer, on the other hand, hereby STIPULATE AND AGREE to extend the deadline for Defendants to answer or otherwise respond to the Complaint to January 29, 2024.

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

STIPULATION AND ORDER - 1 Case No. 2:23-cv-01767-RSL

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  *IT IS SO STIPULATED.*

2  Dated this 27th day of November, 2023.

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Patrick B. Reddy* <br> Timothy W. Emery, WSBA No. 34078 <br> Patrick B. Reddy, WSBA No. 34092 <br> Paul Cipriani, WSBA No. 59991 <br> 600 Stewart Street, Suite 1100 <br> Seattle, WA 98101 <br> Phone: (206) 442-9106 <br> Email: emeryt@emeryreddy.com <br> reddyp@emeryreddy.com <br> paul@emeryreddy.com <br><br> *Attorneys for Plaintiff* | By: *s/ Damon C. Elder* <br> Damon C. Elder, WSBA No. 46754 <br> Claire M. Lesikar, WSBA No. 60406 <br> 1301 Second Avenue, Suite 2800 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: damon.elder@morganlewis.com <br> claire.lesikar@morganlewis.com <br><br> *Attorneys for Defendants* |

STIPULATION AND ORDER - 2 Case No.
2:23-cv-01767-RSL

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

## ORDER

IT IS SO ORDERED.

DATED: November 28, 2023.

*[signature: M S Lasnik]*

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
       claire.lesikar@morganlewis.com

*Attorneys for Defendants*

**EMERY | REDDY, PLLC**

By: *s/ Patrick B. Reddy*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
       reddyp@emeryreddy.com
       paul@emeryreddy.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER - 3 Case No. 2:23-cv-01767-RSL

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401