THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>BNY MELLON SECURITIES CORPORATION, a foreign profit corporation; BANK OF NEW YORK MELLON, a foreign bank corporation; and DOES 1-10,<br><br>          Defendants. | Case No. 2:23-cv-01767-RSL<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MEDIATION** |

## **STIPULATION**

Defendants BNY Mellon Securities Corporation and The Bank of New York Mellon, on the one hand, and Plaintiff Shannon Spencer, on the other hand, hereby STIPULATE AND AGREE to stay the proceedings pending mediation. Pursuant to LCR 16(b)(6), there is good cause to modify the scheduling order because the parties have agreed to mediate this case before a third-party mediator. Staying the case will save the Court's resources while the parties attempt to resolve the matter.

STIPULATION AND ORDER - 1
Case No. 2:23-cv-01767-RSL

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

The parties will provide the Court with a status report within 120 days after the entry of this stipulation, or at such other time as the Court directs.

*IT IS SO STIPULATED*.

Dated this 5th day of December, 2023.

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Patrick B. Reddy* | By: *s/ Damon C. Elder* |
| Timothy W. Emery, WSBA No. 34078 | Damon C. Elder, WSBA No. 46754 |
| Patrick B. Reddy, WSBA No. 34092 | Claire M. Lesikar, WSBA No. 60406 |
| Paul Cipriani, WSBA No. 59991 | 1301 Second Avenue, Suite 2800 |
| 600 Stewart Street, Suite 1100 | Seattle, WA 98101 |
| Seattle, WA 98101 | Phone: (206) 274-6400 |
| Phone: (206) 442-9106 | Email: damon.elder@morganlewis.com |
| Email: emeryt@emeryreddy.com | claire.lesikar@morganlewis.com |
| reddyp@emeryreddy.com | |
| paul@emeryreddy.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

STIPULATION AND ORDER - 2
Case No. 2:23-cv-01767-RSL

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

### ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: December 6, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
       claire.lesikar@morganlewis.com

*Attorneys for Defendants*

**EMERY | REDDY, PLLC**

By: *s/ Patrick B. Reddy*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
       reddyp@emeryreddy.com
       paul@emeryreddy.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER - 3
Case No. 2:23-cv-01767-RSL

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401