THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BNY MELLON SECURITIES CORPORATION, a foreign profit corporation; BANK OF NEW YORK MELLON, a foreign bank corporation; and DOES 1-10,<br><br>  Defendants. | Case No. 2:23-cv-01767-RSL<br><br>**JOINT STATUS REPORT** |

JOINT STATUS REPORT - 1
Case No. 2:23-cv-01767-RSL

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Defendants BNY Mellon Securities Corporation and The Bank of New York Mellon, on the one hand, and Plaintiff Shannon Spencer, on the other hand, hereby submit a joint status report regarding the status of mediation. The Parties attended mediation on March 27, 2024 and have agreed to a settlement in principle on an individual basis. Accordingly, the Parties request that the Stay entered on December 6, 2023 (ECF No. 10) remain in place while the Parties finalize the written settlement agreement.

Dated this 3rd day of April, 2024.

| EMERY | REDDY, PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|

By: *s/ Patrick B. Reddy*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
　　　　reddyp@emeryreddy.com
　　　　paul@emeryreddy.com

*Attorneys for Plaintiff*

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
　　　　claire.lesikar@morganlewis.com

*Attorneys for Defendants*

JOINT STATUS REPORT - 2
Case No. 2:23-cv-01767-RSL

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401